# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DIRK KEUNING, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COVISINT CORP., BERNARD M. GOLDSMITH, WILLIAM O. GRABE, LAWRENCE DAVID HANSEN, SAMUEL M. INMAN, ANDREAS MAI, JOHN F. SMITH, and JONATHAN YARON,<br><br>　　　Defendants. | Case No. 17-11958<br><br>CLASS ACTION |
| ROBERT BERG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COVISINT CORPORATION, JOHN F. SMITH, BERNARD M. GOLDMISTH, WILLIAM O. GRABE, DAVE HANSEN, SAM INMAN III, ANDREAS MAI, JONATHAN YARON, OPEN TEXT CORPORATION, and CYPRESS MERGER SUB, INC.,<br><br>　　　Defendants. | Case No. 17-12000<br><br>CLASS ACTION |

[captions continue on next page]

| | |
|---|---|
| VALIANT K. LAI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> COVISINT CORP., JOHN F. SMITH, SAMUEL M. INMAN, BERNARD M. GOLDSMITH, WILLIAM O. GRABE, LAWRENCE DAVID HANSEN, ANDREAS MAI, and JONATHAN YARON, <br><br> Defendants. | Case No. 17-12183 <br><br><br> CLASS ACTION |

## JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS

WHEREAS, three related shareholder class actions have been filed regarding the proposed acquisition of Covisint Corporation ("Covisint") by Open Text Corporation (the "Proposed Transaction") in this Court: *Keuning v. Covisint Corp., et al.*, No. 2:17-cv-11958-RHC-DRG (Jun 20, 2017); *Berg v. Covisint Corp., et al.,* No. 2:17-cv-12000-SJM-APP (Jun 21, 2017); *Lai v. Covisint Corp., et al.*, No. 2:17-cv-12183-SJM-RSW (July 5, 2017) (the "Actions").

WHEREAS, the Actions involve common questions of law or fact;

WHEREAS, consolidation of the Actions would effectuate judicial economy and expediency of proceedings.

IT IS HEREBY STIPULATED AND AGREED, by plaintiffs Dirk Keuning, Robert Berg, and Valiant K. Lai and by defendants Covisint Corp., John F. Smith, Bernard M. Goldsmith, William O. Grabe, Lawrence David Hansen, Sam Inman, Andreas Mai,

1

Jonathan Yaron (collectively, the "Covisint Defendants"), through their respective undersigned counsel, as follows:[1]

1. The following actions shall be consolidated for all purposes, including trial, to form this consolidated action: *Keuning v. Covisint Corp., et al.*, No. 2:17-cv-11958-RHC-DRG (Jun 20, 2017); *Berg v. Covisint Corp., et al.,* No. 2:17-cv-12000-SJM-APP (Jun 21, 2017); *Lai v. Covisint Corp., et al.*, No. 2:17-cv-12183-SJM-RSW (July 5, 2017).

2. Every pleading filed in this consolidated action shall bear the following caption:

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE COVISINT CORP. SHAREHOLDER LITIGATION | Case No. 17-11958 |
| This Document Relates To: ALL ACTIONS | Consolidated with 17 -12000 17 -12183 <br><br> CLASS ACTION |

3. Undersigned counsel for the Covisint Defendants hereby acknowledges receipt of and accepts service of the complaints filed on June 20, 2017 in *Keuning v. Covisint Corp., et al.*, No. 2:17-cv-11958-RHC-DRG; June 21, 2017 in *Berg v. Covisint Corp., et al.,* No. 2:17-cv-12000-SJM-APP; and July 5, 2017 in *Lai v. Covisint Corp., et*

---

[1] Open Text Corporation and its subsidiary, Cypress Merger Sub, Inc., were named as parties in the *Berg* action, but have not yet been served and thus do not join in this stipulation.

2

*al.*, No. 2:17-cv-12183-SJM-RSW on behalf of the Covisint Defendants and waives their right to formal service of process pursuant to Fed. R. Civ. P. 4(d);

4. The complaint in the *Lai* action shall be the operative pleading for the plaintiffs in the consolidated action until and unless a consolidated amended complaint is filed. No response or answer to the complaints in the *Keuning* or *Berg* actions shall be required. Unless a consolidated amended complaint is filed in the interim, Defendants shall file their anticipated motion to dismiss the *Lai* complaint under the consolidated caption within 90 days of the entry of this order; and

5. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as the Actions, which is subsequently filed in, removed to, or transferred to this Court.

**6. All subsequent papers filed after the date of this order shall be entered on civil number 17-11958.**

7. Civil numbers 17-12000 and 17-12183 are hereby closed for administrative purposes.

Dated:  July 10, 2017

**OF COUNSEL:**

**LEVI & KORSINSKY, LLP**

Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Email: denright@zlk.com
Email: etripodi@zlk.com

*Counsel for Plaintiff Dirk Keuning*

**SOMMERS SCHWARTZ, P.C.**
By: /s/ Lance C. Young
Lance C. Young
One Towne Square, 17th Floor
Southfield, MI 48076
Tel: (248) 355-0300

*Counsel for Plaintiff Dirk Keuning*

**ANTHONY L. DELUCA, PLC**

3

**RIGRODSKY & LONG, P.A.**

Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

*Counsel for Plaintiff Robert Berg*

**KAHN SWICK & FOTI, LLC**

Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
E-mail:
Michael.Palestina@ksfcounsel.com

*Counsel for Plaintiff Victoria K. Lai*


**OF COUNSEL:**

**PAUL HASTINGS LLP**

Christopher H. McGrath
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626
Tel: (714) 668-6244
Email: chrismcgrath@paulhastings.com

*Counsel For Defendants Covisint Corp.,
Bernard M. Goldsmith, William O. Grabe,
Lawrence David Hansen, Samuel M.
Inman, Andreas Mai, John F. Smith, and
Jonathan Yaron*

By: */s/ Anthony L. Deluca*
Anthony L. Deluca  (P64874)
Grand Marais Professional Centre
14950 East Jefferson Avenue, Suite 170
Gross Pointe Park, MI 48230
Tel.: (313) 821-5905
Facsimile: (313) 821-5906

*Counsel for Plaintiffs Robert Berg and
Victoria K. Lai*









**BROOKS WILKINS SHARKEY &
TURCO, PLLC**
By: */s/ Staven M. Ribiat*
Steven M. Ribiat
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI 48009
Tel.: (248) 971-1718
Email:  Ribiat@bwst-law.com









 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated:  July 18, 2017

4

5

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 18, 2017, by electronic and/or ordinary mail.

                          S/Lisa Wagner
                          Case Manager and Deputy Clerk
                          (810) 292-6522